```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/6/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ELIJAH BURT,

Defendant.

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Defendant in the above captioned case has been sentenced to a term of imprisonment of **twenty months**, to be followed by three years of supervised release. Mr. Burt has been detained since January 30, 2020. ECF No. 14. Accordingly, Mr. Burt's term of imprisonment concluded on September 30, 2021, and, therefore, is to be released subject to any detainers or other custodial sentences.

    SO ORDERED.

Dated: October 6, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge